IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CHARLTON LANDO CARTER**                                             **PLAINTIFF**

v.                                                       CAUSE NO. 1:21-cv-344-LG-RPM

**JACKSON COUNTY**                                                     **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

**BEFORE THE COURT** is the [24] Report and Recommendations entered by Magistrate Judge Robert P. Myers, Jr. on July 13, 2022. Judge Myers recommends that the instant civil rights complaint be dismissed without prejudice for failure to prosecute. The record reflects that a copy of the Report and Recommendations was mailed to Plaintiff's last known address on July 13, 2022. The mail was returned to the Court as undeliverable on July 19, 2022. (*See* Returned Mail, ECF No. 26). The Court conducted an inmate search on the Mississippi Department of Corrections website in an attempt to locate the petitioner's current address, but the search yielded no results. Therefore, the Court assumes that the petitioner has been released from prison and has failed to advise the Court of his current address as required by the [3] [4] [7] [8] [10] Orders entered by the Magistrate Judge. The Report and Recommendations are therefore ripe for the Court's review.

Where no party has objected to the Magistrate Judge's report and recommendation, the Court need not conduct a *de novo* review of it. See 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection

-2-

is made."). In such cases, the Court need only satisfy itself that there is no clear error on the face of the record. *Douglass v. United Serv. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having conducted the required review, the Court finds that Judge Myers's well-reasoned Report and Recommendations are neither clearly erroneous nor contrary to law.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the [24] Report and Recommendations are **ADOPTED** as the opinion of this Court. This lawsuit is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**SO ORDERED AND ADJUDGED** this the 28th day of October, 2022.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE